UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEONARR MOORE, #527598,

       Plaintiff,

                                             CASE NO. 2:11-CV-14767
v.                                          HONORABLE AVERN COHN

GEORGE B. MULLISON,

       Defendant.
_____/

## JUDGMENT

For the reasons stated in the Court's Opinion and Order entered and filed this date, the civil rights complaint brought pursuant to 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

                                                         DAVID WEAVER
                                                         CLERK OF THE COURT

                                                         By: s/Julie Owens
                                                            Deputy Clerk

Dated at Detroit, Michigan
November 7, 2011

I hereby certify that a copy of the foregoing document was mailed to Leonarr Moore, 527598, Carson City Correctional Facility, 10522 Boyer Road, Carson City, MI 48811 on this date, November 7, 2011, by electronic and/or ordinary mail.

                                                          S/Julie Owens
                                                       Case Manager, (313) 234-5160